DORA NOHRA, as Executrix, etc., of GEORGE J. NOHRA, Deceased, Respondent, v. SARKEAS BSHEER, Appellant, Impleaded with Another, Defendant.— Judgment

affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ.